IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| KATHY A. VANESS, | ) | |
| | ) | Civil Action No. 1:14-CV-821-HWB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | HON. HUGH W. BRENNEMAN, JR., |
| CAROLYN W. COLVIN, | ) | UNITED STATES MAGSITRATE JUDGE |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

DATED: January 21, 2015.

                                              /s/ Hugh W. Brenneman, Jr.
                                              Hon. Hugh W. Brenneman, Jr.
                                              UNITED STATES MAGSITRATE JUDGE